O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWANDA S. YOUNG,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>          Defendant. | CASE NO. 09-09003 RZ<br><br>JUDGMENT OF REMAND |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: July 27, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE