1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Lowanda S. Young

7

8              **UNITED STATES DISTRICT COURT**
       **CENTRAL DISTRICT OF CALIFORNIA  WESTERN DIVISION**
9

10 LOWANDA S. YOUNG,            ) Case No.: CV 09-9003 RZ
                                )
11         Plaintiff,            ) [PROPOSED] ORDER AWARDING
                                ) EQUAL ACCESS TO JUSTICE ACT
12    vs.                       ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,           ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
14                              )
           Defendant            )
15                              )
                                )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of FOUR

20 THOUSAND ONE HUNDRED ($4,100.00) as authorized by 28 U.S.C. § 2412 be

21 awarded to Plaintiff. ~~subject to the terms of the Stipulation.~~

22 DATE: October 06, 2010

23                              _____
                                THE HONORABLE RALPH ZAREFSKY
24                              UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 |     /s/ 𝔅rian 𝔄. 𝔖hapiro
     _____
4 | Brian C. Shapiro
   | Attorney for plaintiff Lowanda S. Young